# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

―――――――――――――――

THOMAS VANCE GREGG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3916

―――――――――――――――

March 13, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, Michael W. Mervine, Senior Assistant Attorney General, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

―――――――――――――――

Opinion subject to revision prior to official publication.